**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Renie Varela Valencia, | No. CV-09-00574-TUC-FRZ (HCE) |
| Petitioner, | **ORDER** |
| vs. | |
| Charles Ryan; and the Attorney General of the State of Arizona, | |
| Respondents. | |

Renie Valencia was convicted by a jury of theft and burglary offenses and presently is incarcerated in an Arizona state prison. He commenced this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. The amended petition asserts claims of ineffective assistance of counsel, double jeopardy, and violations of the right to due process and to a jury trial. Doc. 6. Respondents have filed an answer to the petition. Doc. 15.

On January 9, 2012, United States Magistrate Judge Hector Estrada issued a report and recommendation ("R&R") that the petition be denied on the grounds that the claims asserted are procedurally defaulted or otherwise without merit. Doc. 16. The parties were advised that they had fourteen days to file objections to the R&R and that the failure to timely file objections to any factual or legal determination may be deemed a waiver of the party's right to *de novo* review of the issues. *Id.* at 24-25.

1    No objection has been filed, which relieves the Court of its obligation to review the
2 R&R. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149
3 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will
4 accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The Magistrate Judge's report and recommendation (Doc. 16) is **accepted**.
2. The amended petition for writ of habeas corpus (Doc. 6) is **denied**.
3. A certificate of appealability is **denied**.
4. The Clerk is directed to **terminate** this action.

DATED this 14th day of May, 2012.

_____
Frank R. Zapata
**Senior United States District Judge**